**Gay C. NAU, Respondent,**

v.

**Lester V. NAU, Appellant.**

**No. WD 67483.**

Missouri Court of Appeals, Western District.

Aug. 21, 2007.

Georgia A. Mathers, Jefferson City, MO, for appellant.

Mary K. Sommer Lutz, California, MO, for respondent.

Before THOMAS H. NEWTON, P.J., PAUL M. SPINDEN, and LISA WHITE HARDWICK, JJ.

## ORDER

PER CURIAM.

Mr. Lester V. Nau appeals a judgment denying a request to modify spousal maintenance.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).